### (December 15, 1941.)

NEW YORK CITY HOUSING AUTHORITY, Appellant, v. JAMES J. DALY, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

BETTY BRESSLER, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Action to recover accidental death benefits under a policy of insurance issued by the defendant on the life of plaintiff's deceased husband. The face amount of the policy was paid and liability was denied for accidental benefits. Judgment in favor of the plaintiff and against the defendant reversed on the law and a new trial granted, with costs to abide the event. It was reversible error to receive the proof as to the action taken by another insurance company on its policy of insurance. Error was also committed in the charge in relation to the inferences that might be drawn from such proof. Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

CHRISTINA CAPUZZI and NICHOLAS CAPUZZI, Respondents, v. BRIDGET McLOUGHLIN, Appellant.— Action brought to recover damages for personal injuries sustained by the plaintiff wife when she fell down the stairs of defendant's tenement house, through the alleged negligence of the defendant, and by her husband to recover damages for loss of her services and for expenses. Judgment of the City Court of Yonkers in favor of plaintiffs against defendant, entered upon the verdict of a jury, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.